# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY K. ANDERSON,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:13-cv-00716-APG-VCF<br><br>**ORDER** |

Before the court is petitioner's motion for appointment of counsel (#8).  The court denies this motion because petitioner's appeal from the judgment has removed jurisdiction from this court.

IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel (#8) is **DENIED**.

DATED this 19th day of June, 2013.

                                                    ANDREW P. GORDON<br>
                                                  United States District Judge